STATE DIVISION OF HUMAN RIGHTS, on Complaint of DONALD JAMES, Petitioner, v CROTHALL HOSPITAL SERVICES, INC., Respondent.—Determination unanimously confirmed and petition dismissed, without costs *(see, State Div. of Human Rights v Ingersoll-Rand Co.,* 106 AD2d 917). (Proceeding pursuant to Executive Law § 298.) Present—Hancock, Jr., J. P., Callahan, Denman, Green and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO FUENTES, Appellant.—Judgment unanimously reversed, on the law, motion granted and indictment dismissed. Memorandum: The indictment must be dismissed since the People failed to meet their burden of proving that the preindictment delay was consented to by defendant or was a result of conduct on the part of defendant or his counsel which impeded or prevented the presentation of the case to the Grand Jury *(see, People v Sturgis,* 38 NY2d 625, 628; *People v Klaus,* 104 AD2d 566, 567-568; *People v Thill,* 75 AD2d 709, 710, *revd on other grounds* 52 NY2d 1020, *on remand* 81 AD2d 754, *cert denied* 454 US 829). (Appeal from judgment of Supreme Court, Monroe County, Kennedy, J.—coercion, second degree.) Present—Doerr, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ. (Decision entered Nov. 8, 1985.)

STEPHEN A. RHODES, Respondent, v CAROL G. MOSHER et al., Appellants.—Motion for stay denied. Memorandum: Plaintiff moves "for an order pursuant to CPLR 5519 (c) and 2201 staying further proceedings in the Supreme Court * * * pending resolution of this appeal." The motion is not properly brought under CPLR 5519 since that section concerns stays of "proceedings to enforce the judgment or order appealed from" (CPLR 5519 [a]). An application for a stay of proceedings is properly brought under CPLR 2201. In this case, therefore, we deny the motion without prejudice to apply to "the court in which [the] action is pending" (CPLR 2201). Present—Dillon, P. J., Callahan, Denman, Boomer and Schnepp, JJ.